AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

\`\`                          DISTRICT OF                          CALIFORNIA

UNITED STATES OF AMERICA,
        Plaintiff,
    v.
LUIS ESTRADA-DIAZ,
        Defendant.

**APPEARANCE**

Case Number:   08MJ1659

To the Clerk of this court and all parties of record:

    Enter my appearance as counsel in this case for

    LUIS ESTRADA-DIAZ

    I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/29/2008 | /s/ JOSEPH McMULLEN |
| Date | Signature |
| | Joseph McMullen / Federal Defenders of SD    246757 |
| | Print Name                                    Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City         State         Zip Code |
| | (619) 234-8467           (619) 687-2666 |
| | Phone Number              Fax Number |

## CERTIFICATE OF SERVICE

Counsel for Defendant certifies that the foregoing pleading is true and accurate to the best of his information and belief, and that a copy of the foregoing document has been served this day upon:

**U S Attorney CR**
Efile.dkt.gc2@usdoj.gov

| | |
|---|---|
| Dated: May 29, 2008 | ____/s/ Joseph McMullen_____ |
| | JOSEPH McMULLEN |
| | Federal Defenders of San Diego, Inc. |
| | 225 Broadway, Suite 900 |
| | San Diego, CA 92101-5030 |
| | (619) 234-8467 (tel) |
| | (619) 687-2666 (fax) |
| | e-mail: Joseph_McMullen@fd.org |