# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>　　　　　Plaintiff　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>vs.　　　　　　　　　　　　　 )<br>Luis Estrada-Diaz　　　　　　 )<br>　　　　　　　　　　　　　　 )<br>　　　　　Defendant(s)　　　　 )<br>_____ ) | CRIMINAL NO. 08mj1659<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Luis Medina-Mendez

DATED: 6-10-08

JAN M. ADLER
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
　　　　　　　　DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
　　　　by  R. Rhone
　　　　　　　Deputy Clerk

R. Rhone