# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

UNITED STATES OF AMERICA,  )
        Plaintiff  )  CRIMINAL NO. 08mj1459
          )
vs.  )  ORDER
          )  RELEASING MATERIAL WITNESS
Luis Estrada-Diaz  )
          )  Booking No.
        Defendant(s)  )

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / Case Disposed / **Order of Court**).

Javier Guerrero-Valdez

DATED: 6.10.08

**JAN M. ADLER**
UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____ OR
    DUSM

W. SAMUEL HAMRICK, JR. Clerk
by
    Deputy Clerk
    R. Rhone